UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-60678-CIV-MARTINEZ-BROWN**

MAX D' HAITI,

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

## ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

This MATTER is before the Court upon the Court's Order to Show Cause **(D.E. No. 9)** filed May 5, 2008, which directed the parties to explain why they had failed to file a Joint Scheduling Report.[1]  The Court ordered the parties to respond on or before May 16, 2008 in writing.  The Defendant filed a response to the Court's Show Cause Order on May 23, 2008, advising the Court that opposing counsel had failed to confer on the Joint Scheduling Report as the Defendant requested **(D.E. No. 10)**.  The Plaintiff did not respond to the Court's Order to Show Cause.

Because the Court warned the parties in its Order to show Cause that failure to comply would result in sanctions or other appropriate measures, including default judgment and dismissal without prejudice, it is hereby:

_____

[1]As the Court noted in its Show Cause Order, the record indicates that the parties were to have filed a Joint Scheduling Report by September 10, 2007.

**ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.  All

pending motions in this case are DENIED AS MOOT, and this case is CLOSED.  If this case is

still at issue, the parties shall have leave to file an appropriate motion, which shall be accompanied

by a Joint Scheduling Report and proposed order.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of May, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record

-2-