UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-60678-CIV-MARTINEZ-BROWN

MAX D' HAITI,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### ORDER DIRECTING PLAINTIFF TO FILE MOTION TO REOPEN CASE

This CAUSE came before the Court upon the parties' Joint Scheduling Report ("JSR") **(D.E. No. 12)** filed on May 28, 2008. The Court ordered the parties to file a JSR by May 16, 2008 or show cause why this case should not be dismissed without prejudice **(D.E. No. 9)**.[1] Because a JSR was not forthcoming, the Court ordered this action Dismissed without Prejudice **(D.E. No. 13)** on May 28, 2008. Apparently the parties filed their JSR later that same day. However, the Court's order closing the case was not entered on the docket until May 29, 2008. Accordingly, because this case is closed, the Plaintiff will have to request that the case be reopened before the Court will consider the untimely JSR. It is hereby:

**ORDERED and ADJUDGED** that

On or before June 13, 2008, the Plaintiff shall file a motion to reopen the case showing

---

[1] The Court notes that the Defendant responded to the Court's Show Cause Order and attempted to confer with Plaintiff's counsel without success **(D.E. No. 10)**. At the time the Court dismissed this case, the Plaintiff had not responded to the Court's Show Cause Order.

cause for failure to comply with the Court's order to file a JSR by May 16, 2008.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of June, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record